# Henry Seego, Appellee, v. F. C. Owen and E. Boughan, Individually and as a Partnership Trading as Roseland Motor Sales, Appellants.

## Gen. No. 40,993.

 Heard in third division, first district, this court at October term, 1939; opinion filed April 10, 1940. Immenhausen & Banovitz, for appellants; Meyer C. Balin, of counsel; Stephen T. Powers, for appellee; F. Frank Leali, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''